|   |   |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHEVRON INTELLECTUAL PROPERTY LLC, AND CHEVRON U.S.A. INC.

    Plaintiff(s),

vs.

ON TIME OIL LLC

    Defendant(s).

Case #2:25-cv-02292-JCM-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Demetrios Anaipakos, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

ALAVI & ANAIPAKOS, PLLC
(firm name)

with offices at 609 Main Street, Suite 3200,
(street address)

Houston, Texas, 77002,
(city)    (state)    (zip code)

713-751-2362, danaipakos@aatriallaw.com.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Plaintiffs to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __11/3/1995__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __Texas__ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| 5th Cir. Court of Appeals | 4/10/2007 | |
| Federal Cir. Court of Appeals | 1/13/2014 | |
| U.S. Dist. Court, Northern District of Texas | 2/27/1998 | |
| U.S. Dist. Court, Eastern District of Texas | 4/4/2011 | |
| U.S. Dist. Court, Southern District of Texas | 10/25/1996 | 20323 |
| U.S. Dist. Court, Western District of Texas | 5/21/1997 | |
| State Bar of Texas | 11/3/1995 | 00793258 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Member of the State Bar of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

                                                          _____
                                                              Petitioner's signature

4  STATE OF _____Texas_____ )
5                              )
   COUNTY OF _____Harris_____ )
6

7  ____Demetrios Anaipakos____, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

                                                          _____
                                                              Petitioner's signature

10  Subscribed and sworn to before me this

11  _20th_ day of _November_, _2025_.

        Stephanie Liuskos
        My Commission Expires
        7/30/2027
        Notary ID 130263445

13  _____
    Notary Public or Clerk of Court

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
    believes it to be in the best interests of the client(s) to designate ____Pat Lundvall____,
                                                                         (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
    above-entitled Court as associate resident counsel in this action. The address and email address of
    said designated Nevada counsel is:

23  _____2300 W. Sahara Ave., Suite 1200_____,
                           (street address)

25  ____Las Vegas____, ____Nevada____, ___89102___,
         (city)              (state)          (zip code)

26  ____702-873-4100____, ____plundvall@mcdonaldcarano.com____.
    (area code + telephone number)              (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Pat Lundvall_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature) Scott M. Banks   Assistant Secretary

Chevron Intellectual Property LLC
(type or print party name, title)

_____
(party's signature) Harpreet K. Tiwana   Assistant Secretary

Chevron U.S.A. Inc.
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Pat Lundvall*

Designated Resident Nevada Counsel's signature

3761                           plundvall@mcdonaldcarano.com
Bar number                     Email address

APPROVED:

Dated: December 17, 2025.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 20, 2025

Re: Demetrios Anaipakos, State Bar Number 00793258

To Whom It May Concern:

This is to certify that Demetrios Anaipakos was licensed to practice law in Texas on November 03, 1995, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web