Pat Lundvall (NSBN 3761)
Kiley A. Harrison (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Demetrios Anaipakos (*pro hac vice* admitted)
Steven T. Jugle (*pro hac vice* admitted)
ALAVI & ANAIPAKOS, PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
danaipakos@aatriallaw.com
sjugle@aatriallaw.com

*Attorneys for Plaintiffs Chevron Intellectual
Property LLC and Chevron U.S.A. Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC, AND CHEVRON U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON TIME OIL LLC, <br><br> Defendant. | Case No.: 2:25-cv-02292-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 7-1 and 26-3, Plaintiffs Chevron Intellectual Property, LLC and Chevron U.S.A. Inc. ("Plaintiffs") and Defendant On Time Oil LLC ("Defendant") hereby stipulate, agree, and respectfully request that the Court extend the deadline to amend pleadings or add parties from March 20, 2026 to April 3, 2026.[1]

---

[1] For clarification, Defendant is not stipulating or agreeing to allow Plaintiffs leave to amend but is only agreeing to extend the corresponding deadline. Plaintiffs will file a motion with the Court requesting leave to amend and Defendant reserves all rights and do not waive (1) the right to file an opposition to any motion for leave to amend or (2) any possible defenses to the claims proposed through an amended complaint.

This is the parties' first request to extend the deadline to amend pleadings or add parties. Good cause exists to extend the  deadline to amend pleadings or add parties because Plaintiffs and Defendant are engaging in settlement discussions and therefore seek to extend the deadline to amend pleadings or add parties to provide the parties additional time to reach a mutually agreeable settlement in advance of the deadline without adding additional parties to the case while settlement discussions are ongoing. Accordingly, Plaintiffs seek this extension of time not for delay, but for good cause so that justice may be served. Further, the extension of the deadline will facilitate the orderly progression of this case and not affect any of the remaining pretrial deadlines, including the deadlines for dispositive motions and the Pretrial Order.

## I.    Statement Specifying the Discovery Completed.

1.      Counsel for the parties participated in the Rule 26(f) conference on January 15, 2026.

2.      The parties exchanged their initial disclosures on January 29, 2026.

3.      On February 2, 2026, Plaintiffs served Interrogatories and Requests for Production on Defendant.

4.      On March 2, 2026, Defendant served responses to Plaintiffs' Interrogatories and Requests for Production.

## II.    A Specific Description of the Discovery that Remains to be Completed.

5.      The parties anticipate conducting further fact discovery in this case, including serving written discovery requests, taking party and non-party depositions, taking expert depositions if experts are disclosed in this case, and issuing subpoenas if needed.

## III.    The Reasons Why the Deadline Was Not Satisfied or the Remaining Discovery Was Not Completed Within the Time Limits Set by the Discovery Plan.

6.      On March 2, 2026, Defendant served responses to Plaintiffs' Interrogatories and Requests for Production in which Defendant identified certain additional parties accused of the conduct at issue in this case.

7.      On March 13, 2026, the parties entered into settlement discussions. Extension of the deadline to amend pleadings or add parties will give the parties additional time to discuss

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

settlement without the need to include additional parties in this matter. Accordingly, a two-week extension to the deadline to amend pleadings or add parties will conserve the resources of the parties and the Court while the parties discuss resolution of this matter.

**IV.    Proposed Schedule for Completing Discovery.**

8.    Based on the foregoing, the proposed discovery deadlines are as follows:

| Discovery Deadline | Current Deadline | Modified Deadline |
|---|---|---|
| Amend Pleadings or Add Parties | March 20, 2026 | April 3, 2026 |
| Expert Disclosure | April 20, 2026 | No Change |
| Expert Rebuttal Disclosures | May 20, 2026 | No Change |
| Discovery Cut-Off | June 18, 2026 | No Change |
| Dispositive Motions | July 20, 2026 | No Change |
| Pretrial Order | August 19, 2026 or 30 days after resolution of dispositive motions | No Change |

///

///

///

///

///

3

This Stipulation is entered into in good faith and is not intended for the purposes of delay.

IT IS SO STIPULATED.

Dated March 19, 2026.

McDONALD CARANO LLP

By: */s/ Kiley A. Harrison*
     Pat Lundvall (NSBN 3761)
     Kiley A. Harrison (NSBN 16092)
     McDONALD CARANO LLP
     2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
     Telephone: (702) 873-4100
     lundvall@mcdonaldcarano.com
     kharrison@mcdonaldcarano.com

     Demetrios Anaipakos (*pro hac vice*
     admitted)
     Steven T. Jugle (*pro hac vice* admitted)
     ALAVI & ANAIPAKOS, PLLC
     609 Main Street, Suite 3200
     Houston, Texas 77002
     Telephone: (713) 751-2362
     danaipakos@aatriallaw.com
     sjugle@aatriallaw.com

     *Attorneys for Plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc.*

LAW OFFICE OF KIRK T. KENNEDY

By: */s/ Kirk T. Kennedy*
     Kirk T. Kennedy, Esq.
     815 S. Casino Center Blvd.
     Las Vegas, Nevada 89101
     ktkennedylaw@gmail.com

     *Attorney* for *Defendant On Time Oil LLC*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: March 20, 2026
_____

McDONALD ⚖ CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966