Pat Lundvall (NSBN 3761)
Kiley A. Harrison (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Demetrios Anaipakos (*pro hac vice* admitted)
Steven T. Jugle (*pro hac vice* admitted)
ALAVI & ANAIPAKOS, PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
danaipakos@aatriallaw.com
sjugle@aatriallaw.com

*Attorneys for Plaintiffs Chevron Intellectual
Property LLC and Chevron U.S.A. Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC, AND CHEVRON U.S.A. INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON TIME OIL LLC, <br><br> Defendant. | Case No.: 2:25-cv-02292-JCM-NJK <br><br> **Joint Stipulation of Dismissal Without Prejudice** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc. and Defendant On Time Oil LLC (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to the dismissal of this case in its entirety. Plaintiff's Counts I – V are dismissed without prejudice. Plaintiff's Counts VI – VII are dismissed with prejudice. Each party shall bear its own costs, fees, and expenses. Whereas the Parties have reached a settlement agreement, the Court shall have continuing and exclusive jurisdiction to enforce the Parties' settlement agreement.

. . .

. . .

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

IT IS SO STIPULATED.

Dated May 15, 2026.

McDONALD CARANO LLP


By: /s/ Kiley A. Harrison
Pat Lundvall (NSBN 3761)
Kiley A. Harrison (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Demetrios Anaipakos (*pro hac vice* admitted)
Steven T. Jugle (*pro hac vice* admitted)
ALAVI & ANAIPAKOS, PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
danaipakos@aatriallaw.com
sjugle@aatriallaw.com

*Attorneys for Plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc.*

By: /s/ Kirk T. Kennedy
Kirk T. Kennedy, Esq.
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101
ktkennedylaw@gmail.com

*Attorney* for *Defendant On Time Oil LLC*


**IT IS SO ORDERED:**


UNITED STATES DISTRICT JUDGE


Dated: May 21, 2026